IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:  JEREMY CHRISTIAN ODOM                    CHAPTER 13
                                                  Case No. 25-50378-KMS

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW the Chapter 13 Trustee and files this Objection to Confirmation, and in support hereof, would show the following, to-wit:

**1.**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**2.**

The Trustee objects to confirmation of Debtor's currently proposed Chapter 13 plan (Dkt. 2) based upon Debtor's Section 8.1 proposal to pay his student loan provider "direct pursuant to contract in place", which conflicts with the Fifth Circuit's recent decision in Matter of Durand-Day, 134 F.4th 846 (5th Cir. 2025), and based upon failure to file federal income tax returns for 2021, 2022 and 2023 as reflected in IRS proof of claim no. 8-1.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Objection be received and filed and that an Order be entered denying confirmation of Debtor's proposed plan (Dkt. 2).

DATED, this the  29th   day of   May   2025.

                                        Respectfully submitted,

                                        /s/ _____
                                        PHILLIP BRENT DUNNAWAY

1

## CERTIFICATE OF SERVICE

    I, PHILLIP BRENT DUNNAWAY, Attorney for the Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above and foregoing Trustee's Objection to Confirmation to:

David Asbach, Esq., United States Trustee    USTPRegion05.JA.ECF@usdoj.gov

T.C. Rollins, Esq., for Debtor    trollins@therollinsfirm.com

    DATED this the  29th  day of  May  2025.

/s/ _____
        PHILLIP BRENT DUNNAWAY
        MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749
(228) 831-9531

2