# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50378  **Case Name:** Jeremy Christian Odom
**Set:** 06/05/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson
**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #16) - AGREED ORDER TO BE SUBMITTED BY DUNNAWAY; EMAIL RECEIVED FROM DUNNAWAY

Minute Entry Re: (related document(s): [10] Confirmation Hearing) Dunnaway to submit an Agreed Order on the Objection filed by the Trustee [16]. Order due by 06/19/2025. Confirmation hearing removed. (mcc)