IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      Jeremy Christian Odom, Debtor         Case No. 25-50378-KMS
                                                   **CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to Modify the plan, or if you want the court to consider your views on the Plan, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Plan and may enter an order granting that relief, which shall confirm this Modified Plan.

Date: June 17, 2025            Signature:    /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O. Box 13767
                                             Jackson, MS 39236

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Jeremy Christian Odom** | |
| | Full Name (First, Middle, Last) | |
| Debtor 2 (Spouse, if filing) | Full Name (First, Middle, Last) | |
| United States Bankruptcy Court for the | **SOUTHERN DISTRICT OF MISSISSIPPI** | ☑ Check if this is an amended plan, and list below the sections of the plan that have been changed. |
| Case number: (If known) | **25-50378** | **2.2, 5.1, 8.1** |

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance 12/17

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☑ Included | ☐ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1 Length of Plan.**

The plan period shall be for a period of __**60**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2 Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __**$6,090.00**__ (☑ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

**J Allen Toyota**
**11397 Helen Richards Rd**
**Gulfport MS 39503-0000**

Debtor **Jeremy Christian Odom**  Case number **25-50378**

Joint Debtor shall pay _____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

**2.3  Income tax returns/refunds.**

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

## Part 3:  Treatment of Secured Claims

**3.1  Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*
☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.1(a)  Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.
☑

1  Mtg pmts to **Doven/dhi Mortgage Co**
Beginning **April 2025**   @   **$2,060.00**  ☑ Plan   ☐ Direct.   Includes escrow ☑ Yes  ☐ No

1  Mtg arrears to  **Doven/dhi Mortgage Co**   Through   **March 2025**        **$18,540.00**

**3.1(b)** ☐  **Non-Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

Property **-NONE-** address:
Mtg pmts to
Beginning   month              @                   Plan       Direct.     Includes escrow  Yes  No

Property **-NONE-**  Mtg arrears to                Through

**3.1(c)** ☐  **Mortgage claims to be paid in full over the plan term:** Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor.

Creditor:  **-NONE-**       Approx. amt. due:              Int. Rate*:
Property Address:
Principal Balance to be paid with interest at the rate above:
(as stated in Part 2 of the Mortgage Proof of Claim Attachment)
Portion of claim to be paid without interest: $
(Equal to Total Debt less Principal Balance)

Special claim for taxes/insurance: $         **-NONE-**  /month, beginning   month .
(as stated in Part 4 of the Mortgage Proof of Claim Attachment)

**Mississippi Chapter 13 Plan**                           Page 2

Debtor  **Jeremy Christian Odom**  Case number  **25-50378**

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District
  *Insert additional claims as needed.*

**3.2   Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one..*

- [ ] **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
  ***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

- [✓] Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

  The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| Ally Financial, Inc | $57,218.00 | 2022 BMW M4 71403 miles | $58,858.00 | $57,218.00 | 10.00% |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| Community Management | $670.16 | 10823 Chapelwood Dr Gulfport, MS 39503  Harrison County | $375,000.00 | $670.16 | 10.00% |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| MS Dept of Revenue | $1,891.45 | 10823 Chapelwood Dr Gulfport, MS 39503  Harrison County | $375,000.00 | $1,891.45 | 6.00% |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning month |
|---|---|---|---|
| -NONE- | | | |

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

For vehicles identified in § 3.2: The current mileage is  _____

**3.3   Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

- [✓] **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**Mississippi Chapter 13 Plan**  Page 3

| Debtor | Jeremy Christian Odom | Case number | 25-50378 |
|---|---|---|---|

**3.4     Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*
*The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.*

☑ The judicial liens or nonpossessory, nonpurchase money security interests securing the claims listed below impair exemptions to which the debtor(s) would have been entitled under 11 U.S.C. § 522(b). Unless otherwise ordered by the court, a judicial lien or security interest securing a claim listed below will be avoided to the extent that it impairs such exemptions upon entry of the order confirming the plan unless the creditor files an objection on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). Debtor(s) hereby move(s) the court to find the amount of the judicial lien or security interest that is avoided will be treated as an unsecured claim in Part 5 to the extent allowed. The amount, if any, of the judicial lien or security interest that is not avoided will be paid in full as a secured claim under the plan. See 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). If more than one lien is to be avoided, provide the information separately for each lien.

| Name of creditor | Property subject to lien | Lien amount to be avoided | Secured amount remaining | Type of lien | Lien identification (county, court, judgment date, date of lien recording, county, court, book and page number) |
|---|---|---|---|---|---|
| Galaxy International P | 10823 Chapelwood Dr Gulfport, MS 39503  Harrison County | $3,662.41 | $0.00 | Judgment Lien | Harrison County County Court D24012301098 |
| Republic Finance | 10823 Chapelwood Dr Gulfport, MS 39503  Harrison County | $6,171.00 | $0.00 | Judgment Lien | Harrison County County Court D24012201129 |

*Insert additional claims as needed.*

**3.5     Surrender of collateral.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

---

**Part 4:     Treatment of Fees and Priority Claims**

**4.1     General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2     Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3     Attorney's fees.**

☑ No look fee:   **4,000.00**

Total attorney fee charged:            $**4,000.00**

Attorney fee previously paid:         $**272.00**

Attorney fee to be paid in plan per confirmation order:   $**3,728.00**

☐ Hourly fee: $____. (Subject to approval of Fee Application.)

**4.4     Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*

**Mississippi Chapter 13 Plan**                                                                                    Page 4

| Debtor | **Jeremy Christian Odom** | Case number | **25-50378** |
|---|---|---|---|

- ☐ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*
- ☑ Internal Revenue Service  **$8,786.03** .
- ☑ Mississippi Dept. of Revenue  **$0.00** .
- ☐ Other  **$0.00** .

**4.5  Domestic support obligations.**

☑ **None**. *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

### Part 5:  Treatment of Nonpriority Unsecured Claims

**5.1  Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

- ☐ The sum of $
- ☑ **69.00** % of the total amount of these claims, an estimated payment of $ **107,163.00**
- ☐ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**0.00**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2  Other separately classified nonpriority unsecured claims (special claimants).** *Check one*.

☑ **None**. *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

### Part 6:  Executory Contracts and Unexpired Leases

**6.1  The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

☑ **None**. *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

### Part 7:  Vesting of Property of the Estate

**7.1  Property of the estate will vest in the debtor(s) upon entry of discharge.**

### Part 8:  Nonstandard Plan Provisions

**8.1  Check "None" or List Nonstandard Plan Provisions**

☐ **None**. *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

**The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.**
 **Absent an objection, any Proof of Claim filed by the IRS and/or MS Dept. of Revenue shall be paid pursuant to the claim.**

 **US Dept of HUD to be paid direct by debtor when it becomes due in October 2051.**

### Part 9:  Signatures:

**9.1  Signatures of Debtor(s) and Debtor(s)' Attorney**

*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

X  **/s/ Jeremy Christian Odom**                    X  _____

**Mississippi Chapter 13 Plan**                    Page 5

| | | | |
|---|---|---|---|
| Debtor | **Jeremy Christian Odom** | Case number | **25-50378** |

**Jeremy Christian Odom**  
Signature of Debtor 1

Signature of Debtor 2

Executed on  **June 16, 2025**

Executed on

**10823 Chapelwood Dr**  
Address  
**Gulfport MS 39503-0000**  
City, State, and Zip Code

Address

City, State, and Zip Code

Telephone Number

Telephone Number

X  **/s/ Thomas C. Rollins, Jr.**  
**Thomas C. Rollins, Jr. 103469**  
Signature of Attorney for Debtor(s)  
**P.O. Box 13767**  
**Jackson, MS 39236**  
Address, City, State, and Zip Code  
**601-500-5533**  
Telephone Number  
**trollins@therollinsfirm.com**  
Email Address

Date  **June 16, 2025**

**103469 MS**  
MS Bar Number

**Mississippi Chapter 13 Plan**    Page 6

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Modified Plan was forwarded on June 17, 2025, to:

By Electronic CM/ECF Notice:

      Standing Chapter 13 Case Trustee

      U.S. Trustee

      /s/ Thomas C. Rollins, Jr.
      Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>JEREMY CHRISTIAN ODOM | CASE NO: 25-50378-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/17/2025, I did cause a copy of the following documents, described below,

Notice and Modified Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/17/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 25-50378-KMS |
| JEREMY CHRISTIAN ODOM | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 6/17/2025, a copy of the following documents, described below,

Notice and Modified Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/17/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                                                          EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING    DHI MORTGAGE COMPANY   LTD   A TEXAS            US BANKRUPTCY COURT
NCRS ADDRESS DOWNLOAD               LIMITED                                         DAN M RUSSELL  JR US COURTHOUSE
CASE 25-50378-KMS                   1 CORPORATE DRIVE   SUITE 360                   2012 15TH STREET   SUITE 244
SOUTHERN DISTRICT OF MISSISSIPPI    LAKE ZURICH   IL 60047-8945                     GULFPORT   MS 39501-2036
TUE JUN 17 12-13-49 PST 2025




ACIMA CREDIT                        AFFIRM   INC                                    ALLY BANK CO AIS PORTFOLIO SERVICES
13907 MINUTEMAN DR                  ATTN BANKRUPTCY                                 LLC
DRAPER   UT 84020-9869              650 CALIFORNIA ST                               4515 N SANTA FE AVE DEPT APS
                                    SAN FRANCISCO   CA 94108-2716                   OKLAHOMA CITY   OK 73118-7901




ALLY FINANCIAL   INC                BIENVILLE ORTHOPAEDIC SPECIALISTS    LLC        COMMUNITY MANAGEMENT
ATTN BANKRUPTCY                     CO WAKEFIELD   ASSOCIATES   LLC                 PO BOX 1057
PO BOX 380901                       PO BOX 58                                       DENHAM SPRINGS   LA 70727-1057
BLOOMINGTON   IL 55438-0901         FORT MORGAN   CO 80701-0058




CREDIT COLLECTION                   (P)DOVENMUEHLE MORTGAGE                         DEPARTMENT OF TREASURY INTERNAL REVENU
ATTN BANKRUPTCY                     1 CORPORATE DRIVE SUITE 360                     SERV
725 CANTON ST                       LAKE ZURICH IL 60047-8945                       INTERNAL REVENUE SERVICE
NORWOOD  MA 02062-2679                                                              PO BOX 7346
                                                                                    PHILADELPHIA   PA 19101-7346



EXCLUDE
(D)(P)DOVENMUEHLE MORTGAGE          ERIC C MILLER   ESQ                             GALAXY INTERNATIONAL P
1 CORPORATE DRIVE SUITE 360         LOGS LEGAL GROUP   LLP                          4730 SOUTH FT APACHE R
LAKE ZURICH IL 60047-8945           FOR DHI MORTGAGE COMPANY   LTD                  STE 300
                                    579 LAKELAND EAST DRIVE   SUITE D               LAS VEGAS   NV 89147
                                    FLOWOOD   MS 39232-9037




INTERNAL REVENUE SERVI              JEFFERSON CAPITAL                               (P)JEFFERSON CAPITAL SYSTEMS LLC
CO US ATTORNEY                      ATTN BANKRUPTCY                                 PO BOX 7999
501 EAST COURT ST                   200 14TH AVE E                                  SAINT CLOUD MN 56302-7999
STE 4430                            SARTELL   MN 56377-4500
JACKSON   MS 39201-5025




LVNV FUNDING LLC                    LVNV FUNDING                                    MS DEPT OF REVENUE
RESURGENT CAPITAL SERVICES          ATTN BANKRUPTCY                                 BANKRUPTCY SECTION
PO BOX 10587                        PO BOX 10497                                    PO BOX 22808
GREENVILLE   SC 29603-0587          GREENVILLE   SC 29603-0497                      JACKSON   MS 39225-2808




MEMORIAL HOSPITAL                   MISSISSIPPI DEPARTMENT OF REVENUE               (P)MOHELA
PO BOX 1810                         BANKRUPTCY SECTION                              CLAIMS DEPARTMENT
GULFPORT   MS 39502-1810            P O BOX 22808                                   633 SPIRIT DRIVE
                                    JACKSON   MS 39225-2808                         CHESTERFIELD MO 63005-1243




NCB MANAGEMENT                      NCB MANAGEMENT SERVICES   INC                   (P)PORTFOLIO RECOVERY ASSOCIATES LLC
ATTN BANKRUPTCY                     ONE ALLIED DRIVE                                PO BOX 41067
1 ALLIED DRIVE                      TREVOSE   PA 19053-6945                         NORFOLK VA 23541-1067
TREVOSE   PA 19053-6945
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

~~EXCLUDE~~
~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

QUANTUM3 GROUP LLC AS AGENT FOR
VELOCITY INVESTMENTS LLC
PO BOX 788
KIRKLAND WA 98083-0788

RISE CREDIT
ATTN BANKRUPTCY
PO BOX 101808
FORT WORTH TX 76185-1808

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

~~EXCLUDE~~
~~(D)(P)REPUBLIC FINANCE LLC~~
~~282 TOWER RD~~
~~PONCHATOULA LA 70454-8318~~

SINGING RIVER HOSPITAL SYSTEM
CO MICHAEL J MCELHANEY JR
P O BOX 1618
PASCAGOULA MS 39568-1618

SYNCHRONY BANK
ATTN BANKRUPTCY DEPT
PO BOX 965064
ORLANDO FL 32896-5064

TRISTAN ODOM
11502 CAMDEN COURT
GULFPORT MS 39503-5761

US DEPARTMENT OF HUD
77 FORSYTH STREET SW
ATLANTA GA 30303-3490

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

~~EXCLUDE~~
~~(D)(P)MOHELA~~
~~CLAIMS DEPARTMENT~~
~~633 SPIRIT DRIVE~~
~~CHESTERFIELD MO 63005-1243~~

(P)US DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT
ATTN ROBERT ZAYAC
40 MARIETTA ST SUITE 300
ATLANTA GA 30303-2812

US DEPT OF HUD
CO US ATTORNEY
501 E COURT ST
STE 4430
JACKSON MS 39201-5025

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6 430~~
~~JACKSON MS 39201-5022~~

DEBTOR
JEREMY CHRISTIAN ODOM
10823 CHAPELWOOD DR
GULFPORT MS 39503-8372

~~EXCLUDE~~
~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

~~EXCLUDE~~
~~(P)WARREN A CUNTZ T1 JR~~
~~PO BOX 3749~~
~~GULFPORT MS 39505-3749~~