

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: June 20, 2025

___

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**IN RE: JEREMY CHRISTIAN ODOM**         **CHAPTER 13**
       **Case No. 25-50378-KMS**

## AGREED ORDER RESOLVING
## TRUSTEE'S OBJECTION TO CONFIRMATION (DKT. 16)

THIS MATTER came on for consideration of the Chapter 13 Trustee's Objection to Confirmation (Dkt. 16), and the Court being advised that the parties have reached an agreement, orders as follows:

IT IS THEREFORE ORDERED that the Debtor shall file an amended plan amending the proposed treatment of student loan(s) in Section 8.1 to comply with the Fifth Circuit's ruling in Matter of Durand-Day, and provide requisite notice to parties in interest, within fourteen (14) days of entry of this Order, absent which this case shall be dismissed without further notice, motion or hearing. It is further,

ORDERED AND ADJUDGED that the Debtor shall file with the IRS and provide filed copies of his 2021, 2022 and 2023 federal income tax returns to the Chapter 13 Trustee within thirty (30) days, absent which this case shall be dismissed without further notice, motion or hearing.

##END OF ORDER##

Agreed Order Prepared and Submitted by:      Approved by:

*Phillip Brent Dunnaway*                         */s/ T.C. Rollins w/permission PBD*

Phillip Brent Dunnaway, Esq.                 T.C. Rollins, Esq.
Attorney for Trustee                              Attorney for Debtor
P.O. Box 3749                                     P.O. Box 13767
Gulfport, MS 39505-3749                 Jackson, MS 39236