United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50378-KMS
Jeremy Christian Odom Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Jul 29, 2025      Form ID: n031      Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremy Christian Odom, 10823 Chapelwood Dr, Gulfport, MS 39503-8372 |
| cr | + | DHI Mortgage Company, LTD., a Texas Limited Partne, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 5486487 | + | Community Management, PO Box 1057, Denham Springs, LA 70727-1057 |
| 5490801 | #+ | Eric C Miller, Esq., LOGS Legal Group, LLP, For DHI Mortgage Company, LTD., 579 Lakeland East Drive, Suite D, Flowood, MS 39232-9037 |
| 5486490 | | Galaxy International P, 4730 South Ft Apache R, Ste 300, Las Vegas, NV 89147 |
| 5486495 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |
| 5512878 | | Singing River Hospital System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5486503 | + | Tristan Odom, 11502 Camden Court, Gulfport, MS 39503-5761 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5486484 | + | Email/Text: bankruptcy@acimacredit.com | Jul 29 2025 19:32:00 | Acima Credit, 13907 Minuteman Dr, Draper, UT 84020-9869 |
| 5486485 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 29 2025 19:36:10 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5539517 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 29 2025 19:36:06 | Ally Bank Department, AIS Portfolio Services, LLC, Account: XXXXXXXX4879, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5512311 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 29 2025 19:36:02 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5486486 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 29 2025 19:32:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5510866 | + | Email/Text: bankruptcyreports@wakeassoc.com | Jul 29 2025 19:32:00 | BIENVILLE ORTHOPAEDIC SPECIALISTS, LLC, c/o Wakefield & Associates, LLC, Po Box 58, Fort Morgan, CO 80701-0058 |
| 5486488 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 29 2025 19:32:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5514393 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 29 2025 19:32:00 | DHI Mortgage Company, LTD., c/o DHI Mortgage Company, LTD., Attention Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5486489 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 29 2025 19:32:00 | Doven/dhi Mortgage Co, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 5486491 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 29 2025 19:32:00 | Department of Treasury Internal Revenue Service, Internal Revenue Service, P.O. Box 7346, |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2025 | Form ID: n031 | Total Noticed: 40 |

| Recipient ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 5486492 | + | Email/Text: ebone.woods@usdoj.gov | Jul 29 2025 19:32:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5504263 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 29 2025 19:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5486493 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 29 2025 19:32:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5489812 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2025 19:36:02 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5486494 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2025 19:36:06 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5486496 | | Email/Text: EBN@Mohela.com | Jul 29 2025 19:32:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5490720 | | Email/Text: EBN@Mohela.com | Jul 29 2025 19:32:00 | US Department of Education, US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5486497 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jul 29 2025 19:32:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5495751 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jul 29 2025 19:32:00 | Mississippi Department of Revenue, Bankruptcy Section, P O Box 22808, Jackson, MS 39225-2808 |
| 5486498 | ^ | MEBN | Jul 29 2025 19:29:13 | NCB Management, Attn: Bankruptcy, 1 Allied Drive, Trevose, PA 19053-6945 |
| 5490948 | ^ | MEBN | Jul 29 2025 19:29:13 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 5507420 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2025 19:36:06 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5486499 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2025 19:36:02 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5513396 | | Email/Text: bnc-quantum@quantum3group.com | Jul 29 2025 19:32:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5486500 | | Email/Text: bankruptcy@republicfinance.com | Jul 29 2025 19:32:00 | Republic Finance, Attn: Bankruptcy, 7031commerce Circle, Baton Rouge, LA 70809 |
| 5488304 | | Email/Text: bankruptcy@republicfinance.com | Jul 29 2025 19:32:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70545 |
| 5486501 | + | Email/Text: elevate@ebn.phinsolutions.com | Jul 29 2025 19:32:00 | RISE Credit, Attn: Bankruptcy, Po Box 101808, Fort Worth, TX 76185-1808 |
| 5486502 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2025 19:36:10 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5486504 | ^ | MEBN | Jul 29 2025 19:29:17 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5487811 | | Email/PDF: OGCRegionIVBankruptcy@hud.gov | Jul 29 2025 19:36:03 | U.S. Department of HUD, 77 Forsyth Street SW, Atlanta, GA 30303 |
| 5486505 | + | Email/PDF: OGCRegionIVBankruptcy@hud.gov | Jul 29 2025 19:36:03 | US Dept of HUD, 451 7th St SW, Washington, DC 20410-0001 |
| 5486506 | + | Email/Text: ebone.woods@usdoj.gov | Jul 29 2025 19:32:00 | US Dept of HUD, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |

TOTAL: 32

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jul 29, 2025 | Form ID: n031 | Total Noticed: 40 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2025          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor DHI Mortgage Company LTD., a Texas Limited Partnership logsecf@logs.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jeremy Christian Odom trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50378−KMS
**Chapter:** 13

**In re:**

Jeremy Christian Odom
aka Jeremy C Odom, aka Jeremy Odom
10823 Chapelwood Dr
Gulfport, MS 39503

### Notice of Entry of Order Confirming Plan

The Court entered an Order on July 29, 2025 (Dkt. # 32 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 29, 2025

Danny L. Miller, Clerk of Court