_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 22, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JEREMY CHRISTIAN ODOM | CASE NO.:   25-50378 KMS |
| S.S.N. XXX-XX-0030 | |

***AMENDED* ORDER DIRECTING EMPLOYER TO DEDUCT FROM WAGES**

     IT APPEARING TO THE COURT that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the employer for the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the Debtor's proposed bankruptcy plan[1].  The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1), § 1325(c) and §1326(a)(1)(A), that:

**J Allen Toyota**
**11397 Helen Richards Rd**
**Gulfport MS 39503**

is directed to deduct from Debtor's wages **THE AMENDED SUM OF **$6,241.00** per month effective with the payment due September 30th, 2025.**   Payments can be **MAILED** or paid electronically through **TFSBillpay.com/employer**.  If mailed, please include the name, case number, made payable to:   Warren A. Cuntz, Jr., Trustee and mail to:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

****THE TRUSTEE "MUST" RECEIVE THE FOREGOING SUM BY NOON OF THE LAST BUSINESS DAY EACH MONTH REGARDLESS OF THE DEBTOR'S PAYROLL INTERVAL (ie. WEEKLY, BI-WEEKLY OR SEMI-MONTHLY) ****

**The foregoing monthly deduction shall continue until such time as the employer receives an Order from this Court releasing the wages of the Debtor.**

##END OF ORDER##

---

[1]  Adjusted plan payment upon scheduling of Order Confirming Chapter 13 Plan (Dkt. 32).   August 2025 payment due @ $6,090.00.