United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50378-KMS
Jeremy Christian Odom Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Sep 04, 2025     Form ID: ntcdsm     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremy Christian Odom, 10823 Chapelwood Dr, Gulfport, MS 39503-8372 |
| cr | + | DHI Mortgage Company, LTD., a Texas Limited Partne, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 5486487 | + | Community Management, PO Box 1057, Denham Springs, LA 70727-1057 |
| 5490801 | #+ | Eric C Miller, Esq., LOGS Legal Group, LLP, For DHI Mortgage Company, LTD., 579 Lakeland East Drive, Suite D, Flowood, MS 39232-9037 |
| 5486490 | | Galaxy International P, 4730 South Ft Apache R, Ste 300, Las Vegas, NV 89147 |
| 5486495 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |
| 5512878 | | Singing River Hospital System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5486503 | + | Tristan Odom, 11502 Camden Court, Gulfport, MS 39503-5761 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5486484 | + | Email/Text: bankruptcy@acimacredit.com | Sep 04 2025 19:26:00 | Acima Credit, 13907 Minuteman Dr, Draper, UT 84020-9869 |
| 5486485 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 04 2025 19:35:56 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5539517 | + | EDI: AISACG.COM | Sep 04 2025 23:25:00 | Ally Bank Department, AIS Portfolio Services, LLC, Account: XXXXXXXX4879, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5512311 | + | EDI: AISACG.COM | Sep 04 2025 23:25:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5486486 | + | EDI: GMACFS.COM | Sep 04 2025 23:25:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5510866 | + | Email/Text: bankruptcyreports@wakeassoc.com | Sep 04 2025 19:26:00 | BIENVILLE ORTHOPAEDIC SPECIALISTS, LLC, c/o Wakefield & Associates, LLC, Po Box 58, Fort Morgan, CO 80701-0058 |
| 5486488 | + | EDI: CCS.COM | Sep 04 2025 23:25:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5514393 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 04 2025 19:25:00 | DHI Mortgage Company, LTD., c/o DHI Mortgage Company, LTD., Attention Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5486489 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 04 2025 19:25:00 | Doven/dhi Mortgage Co, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 5486491 | | EDI: IRS.COM | Sep 04 2025 23:25:00 | Department of Treasury Internal Revenue Service, Internal Revenue Service, P.O. Box 7346, |

| District/off: 0538-6 | | User: mssbad | | Page 2 of 3 |
|---|---|---|---|---|
| Date Rcvd: Sep 04, 2025 | | Form ID: ntcdsm | | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 5486492 | + | Email/Text: ebone.woods@usdoj.gov | | |
| | | | Sep 04 2025 19:26:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5504263 | | EDI: JEFFERSONCAP.COM | | |
| | | | Sep 04 2025 23:25:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5486493 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Sep 04 2025 23:25:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5489812 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 04 2025 19:35:56 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5486494 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 04 2025 19:35:58 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5486496 | | Email/Text: EBN@Mohela.com | | |
| | | | Sep 04 2025 19:25:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5490720 | | Email/Text: EBN@Mohela.com | | |
| | | | Sep 04 2025 19:25:00 | US Department of Education, US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5486497 | | EDI: MSDOR | | |
| | | | Sep 04 2025 23:25:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5495751 | | EDI: MSDOR | | |
| | | | Sep 04 2025 23:25:00 | Mississippi Department of Revenue, Bankruptcy Section, P O Box 22808, Jackson, MS 39225-2808 |
| 5486498 | ^ | MEBN | | |
| | | | Sep 04 2025 19:23:57 | NCB Management, Attn: Bankruptcy, 1 Allied Drive, Trevose, PA 19053-6945 |
| 5490948 | ^ | MEBN | | |
| | | | Sep 04 2025 19:23:57 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 5507420 | | EDI: PRA.COM | | |
| | | | Sep 04 2025 23:25:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5486499 | | EDI: PRA.COM | | |
| | | | Sep 04 2025 23:25:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5513396 | | EDI: Q3G.COM | | |
| | | | Sep 04 2025 23:25:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5486500 | | Email/Text: bankruptcy@republicfinance.com | | |
| | | | Sep 04 2025 19:26:00 | Republic Finance, Attn: Bankruptcy, 7031commerce Circle, Baton Rouge, LA 70809 |
| 5488304 | | Email/Text: bankruptcy@republicfinance.com | | |
| | | | Sep 04 2025 19:26:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70545 |
| 5486501 | + | EDI: PHINELEVATE | | |
| | | | Sep 04 2025 23:25:00 | RISE Credit, Attn: Bankruptcy, Po Box 101808, Fort Worth, TX 76185-1808 |
| 5486502 | + | EDI: SYNC | | |
| | | | Sep 04 2025 23:25:00 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5486504 | ^ | MEBN | | |
| | | | Sep 04 2025 19:24:00 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5487811 | | Email/PDF: OGCRegionIVBankruptcy@hud.gov | | |
| | | | Sep 04 2025 19:35:58 | U.S. Department of HUD, 77 Forsyth Street SW, Atlanta, GA 30303 |
| 5486505 | + | Email/PDF: OGCRegionIVBankruptcy@hud.gov | | |
| | | | Sep 04 2025 19:35:58 | US Dept of HUD, 451 7th St SW, Washington, DC 20410-0001 |
| 5486506 | + | Email/Text: ebone.woods@usdoj.gov | | |
| | | | Sep 04 2025 19:26:00 | US Dept of HUD, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |

TOTAL: 32

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Sep 04, 2025 | Form ID: ntcdsm | Total Noticed: 40 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2025          Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor DHI Mortgage Company LTD., a Texas Limited Partnership logsecf@logs.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jeremy Christian Odom trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 5

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 25−50378−KMS
Chapter: 13

In re:
    Jeremy Christian Odom
    aka Jeremy C Odom, aka Jeremy Odom
    10823 Chapelwood Dr
    Gulfport, MS 39503

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−0030

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on September 4, 2025.

Dated: 9/4/25

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790